JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                    :

        - v. -                                       :

JULIO LLERANDEZ,                            :
    a/k/a "Pito,"
    a/k/a "Pete,"                            :
ERIC RUIZ,
    a/k/a "Rick,"                            :
    a/k/a "E,"
LESTER COOPER,
DANNY YANCE,
CARLOS VARGAS,                              :
    a/k/a "Cooper,"
MATTHEW GREEN,                              :
    a/k/a "Ashy,"
JOSE MORALES,                               :
    a/k/a "Joe,"
    a/k/a "Shnukie,"                         :
JAMES TOBAR,
    a/k/a "Trice," and                       :
MARK SERRANO,
                        :
              Defendants.
                        :

- - - - - - - - - - - - - - - - - - - - -x

INDICTMENT

10 Cr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 9 SEP 2010

COUNT ONE

The Grand Jury charges:

1.   From at least in or about September 2009, up to and including in or about August 2010, in the Southern District of New York and elsewhere, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," ERIC RUIZ, a/k/a "Rick," a/k/a "E," LESTER COOPER, DANNY YANCE, CARLOS VARGAS, a/k/a "Cooper," MATTHEW GREEN, a/k/a "Ashy," JOSE MORALES, a/k/a "Joe," a/k/a "Shnukie," JAMES TOBAR, a/k/a "Trice," and MARK SERRANO, the defendants, and others known and unknown, unlawfully, intentionally and knowingly would and

did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," ERIC RUIZ, a/k/a "Rick," a/k/a "E," LESTER COOPER, DANNY YANCE, CARLOS VARGAS, a/k/a "Cooper," MATTHEW GREEN, a/k/a "Ashy," JOSE MORALES, a/k/a "Joe," a/k/a "Shnukie," JAMES TOBAR, a/k/a "Trice," and MARK SERRANO, the defendants, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

3.   The controlled substance involved in the offense was one kilogram and more of heroin, in violation of 21 U.S.C. § 841(b)(1)(A).

<u>Overt Acts</u>

4.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   On or about December 16, 2009, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," the defendant, sold approximately 21 grams of heroin to a confidential informant ("CI-1") at a location in the Bronx, New York.

b.    On or about January 26, 2010, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," the defendant, sold approximately 28 grams of heroin to CI-1 at a location in the Bronx, New York.

c.    On or about April 29, 2010, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," and CARLOS VARGAS, a/k/a "Cooper," the defendants, spoke on the telephone regarding the distribution of heroin.

d.    On or about May 3, 2010, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," and LESTER COOPER, the defendants, spoke on the telephone regarding the distribution of heroin.

e.    On or about May 8, 2010, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," and ERIC RUIZ, a/k/a "Rick," a/k/a "E," the defendants, spoke on the telephone regarding the distribution of heroin.

f.    On or about July 19, 2010, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," and MATTHEW GREEN, a/k/a "Ashy," the defendants, spoke on the telephone regarding the distribution of heroin.

g.    On or about July 19, 2010, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," and MARK SERRANO, the defendants, spoke on the telephone regarding the distribution of heroin.

h.    On or about August 18, 2010, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," and CARLOS VARGAS, a/k/a "Cooper,"

the defendants, spoke on the telephone regarding the distribution of heroin

   i. On or about August 17, 2010, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," and DANNY YANCE, the defendants, spoke on the telephone regarding the distribution of heroin.

   j. On or about August 18, 2010, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," and CARLOS VARGAS, a/k/a "Cooper," the defendants, spoke on the telephone regarding the distribution of heroin.

   k. On or about August 18, 2010, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," and JAMES TOBAR, a/k/a "Trice," the defendants, spoke on the telephone regarding the distribution of heroin.

   l. On or about August 18, 2010, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," and JOSE MORALES, a/k/a "Joe," a/k/a "Shnukie," the defendants, spoke on the telephone regarding the distribution of heroin.

   m. On or about August 18, 2010, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," and JOSE MORALES, a/k/a "Joe," a/k/a "Shnukie," the defendants, sold approximately 75 bundles of heroin to CI-1 at a location in the Bronx, New York.

   (Title 21, United States Code, Section 846.)

-4-

## FORFEITURE ALLEGATION

5.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," ERIC RUIZ, a/k/a "Rick," a/k/a "E," LESTER COOPER, DANNY YANCE, CARLOS VARGAS, a/k/a "Cooper," MATTHEW GREEN, a/k/a "Ashy," JOSE MORALES, a/k/a "Joe," a/k/a "Shnukie," JAMES TOBAR, a/k/a "Trice," and MARK SERRANO, the defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds, JULIO LLERANDEZ, a/k/a "Pito," a/k/a "Pete," ERIC RUIZ, a/k/a "Rick," a/k/a "E," LESTER COOPER, DANNY YANCE, CARLOS VARGAS, a/k/a "Cooper," MATTHEW GREEN, a/k/a "Ashy," JOSE MORALES, a/k/a "Joe," a/k/a "Shnukie," JAMES TOBAR, a/k/a "Trice," and MARK SERRANO, obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of one or more of the violations alleged in Count One of this Indictment.

6.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

-6-

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JULIO LLERANDEZ,
a/k/a "Pito,"
a/k/a "Pete,"
ERIC RUIZ,
a/k/a "Rick,"
a/k/a "E,"
LESTER COOPER,
DANNY YANCE,
CARLOS VARGAS,
a/k/a "Cooper,"
MATTHEW GREEN,
a/k/a "Ashy,"
JOSE MORALES,
a/k/a "Joe,"
a/k/a "Shnukie,"
JAMES TOBAR,
a/k/a "Trice," and
MARK SERRANO,

Defendants.

INDICTMENT

10 Cr.

(21 U.S.C. § 846.)

PREET BHARARA
United States Attorney.
A TRUE BILL

_____ Foreperson.

9/29/10 Filed Indictment / under seal. A/W's issued Pitman
NO on case assigned to J. Jones.  US.MJ